JUDGE BAER

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :    INDICTMENT

    - v. -                       :    08 Cr.

ISHMAIL MUHUMMAD,                :    **08 CRIM. 246**
    a/k/a "Wade Charles,"

            Defendant.    :
- - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

On or about April 18, 2003, in the Southern District of New York and elsewhere, ISHMAIL MUHUMMAD, a/k/a "Wade Charles," the defendant, not being a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, unlawfully, willfully, and knowingly did transfer, sell, trade, give, transport, and deliver a firearm to another person, not being a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, who the transferor knew and had reasonable cause to believe did not reside in the State in which the transferor resides, to wit, MUHUMMAD, a resident of the State of New Jersey, sold in Manhattan a loaded Norinco Poly SKS semi-automatic rifle to an undercover law enforcement officer who MUHUMMAD had reasonable cause to believe did not reside in the State of New Jersey.

(Title 18, United States Code, Sections 922(a)(5) and 2.)


_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

ISHMAEL MUHUMMAD,
a/k/a "Wade Charles,"

Defendant.

### INDICTMENT

08 Cr.

(Title 18, United States Code, Sections 922(a)(5) and 2.)

_____
MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

3/19/08 Filed Indictment Under Seal A/w