UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                           :
UNITED STATES OF AMERICA        :
                                           :
    - v. -                              :     **ORDER**
                                           :
ISHMAIL MUHUMMAD,           :     08 Cr. 246
    a/k/a "Wade Charles,"      :
                                         :
                Defendant.    :
                                         :
- - - - - - - - - - - - - - - - - - - -x

        WHEREAS, the above-captioned indictment was returned on March 19, 2008, and, upon application of the government, ordered to be filed under seal; and

        WHEREAS the Government has requested that the above-captioned indictment be unsealed;

        IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 246 be unsealed.

Dated: New York, New York
       June 20, 2008

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

[USDC SDNY DOCUMENT ELECTRONICALLY FILED stamp]