# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*



July 8, 2008

**BY FAX**

Honorable Laura T. Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

**MEMO ENDORSED**

Re:  **United States v. Ishmail Muhummad a/k/a "Wade Charles"**
     **08 Cr. 246 (HB)**

Dear Judge Swain:

I write to request a bail modification in the above-captioned case. On June 21, 2008, bail was set by the Honorable Judge Pitman as follows: a $100,000 Personal Recognizance Bond co-signed by 3 Financially Responsible Persons, supported by $20,000 in cash or property with electronic monitoring and home detention and strict pre-trial supervision. Mr. Charles was ordered to live with his father. On June 25, Judge Baer modified the bail to reduce the amount of cash to $15,000. At that time, Judge Baer declined to address the issue of Mr. Charles' residence and asked the parties to take up the issue with the Part One Judge once all other conditions had been met.

Today we seek further modification as follows: a $100,000 Personal Recognizance Bond co-signed by 3 Financially Responsible Persons with the posting of property valued at $137,000 in lieu of the $15,000 cash. Further, Mr. Charles requests that he be permitted to reside with his first cousin, Richard Dottin, at 64 4th Ave, B1, East Orange, New Jersey instead of with his father. I have spoken with Assistant U. S. Attorney David Leibowitz and he consents to this modification.

The Modification request is granted.
SO ORDERED.
7/8/08
LAURA TAYLOR SWAIN USDJ
Part I

Respectfully submitted,

Jennifer L. Brown
Attorney for **Wade Charles**
(212)417-8722

cc: David Liebowitz, Esq.
    Assitant United States Attorney

Copies mailed/faxed to Dft's Counsel
Chambers of Judge Swain
7-8-08

TOTAL P.002