# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

September 2, 2008

**By Fax**

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 9/3/08 |

Honorable Harold Baer
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

Re: **United States v. Ishmail Muhummad a/k/a Wade Charles**
    **08 Cr. 246 (HB)**

Dear Judge Baer,

I write on behalf of Mr. Charles to respectfully request a modification of the conditions of his electronic monitoring to allow Mr. Charles to celebrate Ramadan.

On June 25, 2008, Your Honor imposed the following conditions:

> A $100,000 personal recognizance bond signed by three financially responsible persons who are family members and secured with $15,000 property, strict pre-trial supervision with home detention with electronic monitoring, and travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey.

Mr. Charles has been in full compliance with his bail conditions since his release. Mr. Charles is a practicing Muslim. I write to request that his electronic monitoring be modified to allow him to attend Taraawih prayer services at his mosque, Masjid As-Haabul Yameen, during the month of Ramadan, from the hours of 8:30 to 10:00 p.m. I have spoken with the AUSA David Liebowitz and he consents to this modification.

Respectfully submitted,

Jennifer L. Brown
Attorney for **Wade Charles**
Tel: (212) 417-8722

cc: AUSA David Liebowitz

*[Handwritten note from Judge: "I moved either but I don't consent but I don't know when Ramadan begins or ends"]*

SO ORDERED
Harold Baer, Jr.
Date: 9/3/08

TOTAL P.002

Endorsement:

    I would likely consent but I don't know when Ramadan begins or ends.